IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM THE UKRAINE ) <br> IN THE MATTER OF ) <br> LUGANSK POWER AFFILIATION ) | Misc. No. 05- |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Ukrainian authorities.

                                    COLM F. CONNOLLY
                                    United States Attorney

                                    By: /s/ Richard G. Andrews

                                    Richard G. Andrews
                                    Assistant U.S. Attorney
                                    Delaware Bar I.D. No.2199
                                    1007 N. Orange Street
                                    Wilmington, DE   19801
                                    (302) 573-6277

Dated: 6/7/05